IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC. NO. _____1:06mc33_____

FILED
ASHEVILLE, N. C.
JUN - 7 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN RE:                                )
                                      )
DISPOSAL OF UNITED STATES AND         )
FOREIGN PASSPORTS                     )

    THIS MATTER is before the Court on request of the Clerk of Court for the Western District of North Carolina to disburse the listed United States or foreign passport(s) surrendered to the Western District Clerk of Court by previous order of the Court, and currently in possession of the Western District Clerk of Court.

    **IT IS ORDERED THAT** the Clerk of Court surrender the listed United States passport(s) to the United States Department of State, Office of Passport Policy and Advisor Services, 2100 Pennsylvania Avenue, NW, 3rd Floor, Washington, DC 20037.

    **IT IS FURTHER ORDERED THAT** the Clerk of Court surrender the listed foreign passports to the appropriate consulate as cited below.

    IT IS SO ORDERED, this 7th day of June, 2006.

Robert C. Conrad, Jr. Chief
United States District Judge